**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 278 WAL 2018

           Respondent                :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

           v.                   :

                                 :

JARROD AGUSTIS BULLIE,         :

                                 :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.